JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAMPS PLUS, INC., et al. <br><br> Defendants. | Case No. 2:22-cv-04625-DSF-PVC <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action, including all claims and counter-claims of any party, is hereby dismissed in its entirety with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

DATED:  August 25, 2022

_____
Hon. Judge Dale S. Fischer
United States District Judge